1   Alycia A. Degen (SBN 211350)
adegen@sidley.com
2   555 West Fifth Street, Suite 4000
Los Angeles, California 90013
3   Telephone: (213) 896-6000
Facsimile:  (213) 896-6600

4

5   Kara L. McCall (*Pro Hac Vice*)
kmccall@sidley.com
6   Elizabeth M. Chiarello (*Pro Hac Vice*)
echiarello@sidley.com
7   SIDLEY AUSTIN LLP
1 S. Dearborn Street
8   Chicago, Illinois 60603
Telephone:  (312) 853-7000
9   Facsimile:   (312) 853-7036

*Attorneys for Defendant*

10

11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRANZ, On Behalf of Herself and All Others Similarly Situated, <br><br>         Plaintiff, <br><br> vs. <br><br> BEIERSDORF, INC. a Delaware Corporation <br><br>         Defendant. | Case No. **3:14-cv-02241-LAB-RBB** <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS** <br><br> JUDGE:  Hon. Larry Alan Burns <br><br> DATE:    February 2, 2015 <br><br> TIME:    11:15 a.m. <br><br> PLACE:  Courtroom 14A <br><br> **\*Oral argument requested** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 2, 2015 at 11:15 a.m., or as soon thereafter as counsel may be heard, in Courtroom 14A of the above-entitled court, located at 333 West Broadway, San Diego, California 92101, Defendant Beiersdorf Inc. ("Beiersdorf") will and hereby does move pursuant to Federal Rule of Civil Procedure 23(d)(1)(D) to strike the class allegations brought by Plaintiff Ashley Franz ("Plaintiff") in her Corrected First Amended Consolidated Complaint ("FAC").

The motion is made on the following grounds:

(1)     Plaintiff's class allegations are unascertainable because there is no reliable method to identify class members.  Plaintiff has not pled, nor could she plead, facts sufficient to support that class members can be identified in an objective, administratively feasible manner.

(2)     Plaintiff's proposed Multi-State Class definition is fatally flawed because it does not give Beiersdorf notice of which purchasers are in the class, what claims it must defend against, or information sufficient to research and determine available defenses.  And, Plaintiff defines the amorphous class by making inappropriate "preliminary averments."

(3)     Plaintiff's proposed Multi-State Class is unmanageable and therefore inappropriate for class certification.  First, Plaintiff purports to bring her Consumer Legal Remedies Act ("CLRA") claim on behalf of the Multi-State Class, but the CLRA does not apply extraterritorially, *i.e.*, to non-California residents who purchased the product in another state.  Thus, Plaintiff's CLRA claim should be stricken with respect to out-of-state members of the Multi-State Class.  Second, even if the CLRA could apply extra-territorially to non-resident class members, it would not apply here under California choice of law principles.  Instead, ten materially different state laws would apply, making trial of the claims of such class

1    unmanageable.  Plaintiff has therefore not pleaded that a class action is a superior

2    method for resolving the controversy as required by Rule 23(b)(3).

3         The motion is based on this notice of motion, the memorandum of points and

4    authorities, all other papers and pleadings on file, and the argument of counsel at the

5    hearing of this motion.

6    Dated: December 8, 2014                SIDLEY AUSTIN LLP

7

8                                           By:    */s/ Alycia A. Degen*
                                            Alycia A. Degen (SBN 211350)
9                                           adegen@sidley.com
                                            555 West Fifth Street, Suite 4000
10                                          Los Angeles, California 90013
                                            Telephone:  (213) 896-6000
11                                          Facsimile:   (213) 896-6600

12
                                            Kara L. McCall (*Pro Hac Vice*)
13                                          kmccall@sidley.com
                                            Elizabeth M. Chiarello (*Pro Hac Vice*)
14                                          echiarello@sidley.com
                                            SIDLEY AUSTIN LLP
15                                          1 S. Dearborn Street
                                            Chicago, Illinois 60603
16                                          Telephone:  (312) 853-7000
                                            Facsimile:   (312) 853-7036
17

18                                          *Attorneys for Defendant*

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS
CASE NO. 3:14-CV-02241-LAB-RBB

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on the 8th day of December, 2014, I caused a copy of the

3

foregoing **Defendant's Notice of Motion and Motion to Strike Plaintiff's Class**

**Allegations** to be submitted electronically with the Clerk of Court and served on

4

counsel of record.

5

*/s/ Alycia A. Degen*

6

Alycia A. Degen

7

*Attorney for Defendant*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28