Alycia A. Degen (SBN 211350)
adegen@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile:  (213) 896-6600

Kara L. McCall (*Pro Hac Vice*)
kmccall@sidley.com
Elizabeth M. Chiarello (*Pro Hac Vice*)
echiarello@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036

*Attorneys for Defendant Beiersdorf, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FRANZ, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BEIERSDORF, INC. a Delaware Corporation <br><br> Defendant. | Case No. 3:14-cv-02241-LAB-RBB <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> JUDGE:  Hon. Larry Alan Burns <br> DATE:    March 18, 2019 <br> TIME:    11:30 a.m. <br> PLACE:  Courtroom 14A <br><br> *Oral Argument Requested <br> **DEMAND FOR JURY TRIAL** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2019 at 11:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 14A of the above-entitled court, located at 333 West Broadway, San Diego, California 92101, Defendant Beiersdorf, Inc. ("Beiersdorf") will and hereby does move to dismiss the Second Amended Consolidated Complaint ("SAC") [Dkt. 46] filed by Plaintiff Ashley Franz ("Plaintiff") pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6).

The motion is made on the following grounds:

(1)     Plaintiff's SAC fails to allege facts to state a plausible claim for relief. Plaintiff alleges that Defendant violated California's Unfair Competition Law ("UCL"), the Federal Food, Drug, and Cosmetic Act ("FDCA"), and California's Sherman Act by selling its NIVEA Skin Firming Hydration Body Lotion (the "Lotion") without an FDA-approved New Drug Application, because skin-firming representations rendered the Lotion an unapproved drug.  SAC ¶ 31.  Plaintiff's allegations are contradicted by the language on the Lotion's label, and she fails to allege any facts – including from FDA guidance, case law, or otherwise – that would move her claim from possible to plausible, as required under *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).  To the contrary, the FDA warning letters and positions Plaintiff relies upon, as well as the relevant case law, confirm that she does not and cannot state a plausible claim, and her SAC should be dismissed with prejudice.

(2)     Pursuant to Judge Burns' Standing Order in Civil Cases, § 4(f), Defendant requests oral argument on this motion.

(3)    The motion is based on this notice of motion, the memorandum of points and authorities, the request for judicial notice filed concurrently with this motion, all other papers and pleadings on file, and the argument of counsel at the hearing of this motion.

Dated: January 31, 2019

SIDLEY AUSTIN LLP

By:    */s/ Alycia Degen*

Alycia A. Degen (SBN 211350)
adegen@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000 Tel
(213) 896-6600 Fax

Kara L. McCall (*Pro Hac Vice*)
kmccall@sidley.com
Elizabeth M. Chiarello (*Pro Hac Vice*)
echiarello@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:    (312) 853-7036

*Attorneys for Defendant Beiersdorf, Inc.*

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE VIA CM/ECF SYSTEM

The undersigned certifies that on **January 31, 2019**, a true and correct copy of the following document was electronically filed and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM-ECF system:

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  Any other counsel of record will be served by electronic mail and U.S. mail.

_/s/ Alycia Degen_____
Alycia Degen
*Counsel for Defendant Beiersdorf, Inc.*