Alycia A. Degen (SBN 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Kara L. McCall (*Pro Hac Vice*)
kmccall@sidley.com
Elizabeth M. Chiarello (*Pro Hac Vice*)
echiarello@sidley.com
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendant Beiersdorf, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY FRANZ, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BEIERSDORF, INC. a Delaware Corporation,<br><br>Defendant. | Case No. 3:14-cv-02241-LAB-RBB<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Larry A. Burns<br>Date: March 18, 2019<br>Time: 11:30 a.m.<br>Place: Courtroom 14A (14th Fl.) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2019 at 11:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 14A of the above-entitled Court, located at 333 West Broadway, San Diego, CA 92101, Defendant Beiersdorf, Inc. ("Beiersdorf") will and hereby does request that the Court take judicial notice of documents published by the U.S. Food and Drug Administration ("FDA") attached as Exhibits A-J to this Request.

This Request is being submitted in support of Beiersdorf's Motion to Dismiss Plaintiff's Second Amended Complaint and is based on this Notice and Request; the Memorandum of Points and Authorities attached hereto; all the papers, records, and pleadings on file in this action; and such other evidence as may be presented at the hearing on Defendant's Motion to Dismiss.

Dated: January 31, 2019                SIDLEY AUSTIN LLP

                                       By: */s/ Alycia A. Degen*
                                       Alycia A. Degen
                                       SIDLEY AUSTIN LLP
                                       555 West Fifth Street
                                       Los Angeles, CA 90013
                                       Tel. (213) 896-6682
                                       Fax: (213) 896-6600
                                       adegen@sidley.com

                                       Kara L. McCall (*Pro Hac Vice*)
                                       kmccall@sidley.com
                                       Elizabeth M. Chiarello (*Pro Hac Vice*)
                                       echiarello@sidley.com
                                       SIDLEY AUSTIN LLP
                                       1 S. Dearborn Street
                                       Chicago, IL 60603
                                       Tel. (312) 853-7000
                                       Fax: (312) 853-7036

                                       *Attorneys for Defendant Beiersdorf, Inc.*

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Evidence 201, and in connection with its concurrently filed Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC"), Defendant Beiersdorf, Inc. ("Beiersdorf") respectfully requests that the Court take judicial notice of the following documents, which are referenced in Defendant's Memorandum of Points and Authorities in Support of its Motion to Dismiss ("Def. Mem.") at p. 8-16, and are publicly available on the website of the FDA:

- Attached hereto as Exhibit A is a true and correct copy of FDA, *Wrinkle Treatments and Other Anti-Aging Products*, available at http://www.fda.gov/Cosmetics/ProductsIngredients/Products/ucm388826.htm (updated July 2, 2014) (last visited Jan. 23, 2019).

- Attached hereto as Exhibit B is a true and correct copy of Letter from M. Roosevelt (FDA) to A. Jung (Avon Products, Inc.) dated Oct. 5, 2012, available at https://wayback.archive-it.org/7993/20171115075932/https:/www.fda.gov/ICECI/EnforcementActions/WarningLetters/2012/ucm323738.htm (last visited Jan. 22, 2019).

- Attached hereto as Exhibit C is a true and correct copy of Letter from William Correll (FDA) to Melisse Shaban (StriVectin) dated Feb. 12, 2015, available at https://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2015/ucm436692.htm (last accessed Jan. 22, 2019).

- Attached hereto as Exhibit D is a true and correct copy of Letter from Evelyn Bonnin (FDA) to Vittoria A. Bonomo (Bioque Technologies) dated Oct. 7, 2016, available at https://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2016/ucm524644.htm (last accessed Jan. 22, 2019).

- Attached hereto as Exhibit E is a true and correct copy of Letter from LaTonya M. Mitchell (FDA) to John Robert Insigner (Ageless

1

- Aesthetics, Inc.) dated July 18, 2016, available at https://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2016/ucm511929.htm (last accessed Jan. 22, 2019).
- Attached hereto as Exhibit F is a true and correct copy of Letter from William A. Correll (FDA) to Christy Pair (Face Naturals) dated Sept. 20, 2016, available at https://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2016/ucm525667.htm (last accessed Jan. 22, 2019.
- Attached hereto as Exhibit G is a true and correct copy of Letter from Craig W. Swanson (FDA) to Dr. Mostafa M. Omar (PhytoCeuticals, Inc.) dated Oct. 18, 2016, available at https://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2016/ucm525938.htm (last accessed Jan. 22, 2019).
- Attached hereto as Exhibit H is a true and correct copy of Letter from Ingrid A. Zambrana (FDA) to James W. Dukes (Star Health & Beauty LLC) dated May 26, 2017, available at https://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2017/ucm563230.htm (last accessed Jan. 22, 2019).
- Attached hereto as Exhibit I is a true and correct copy of Letter from Evelyn Bonnon (FDA) to Kathi Kirschner (Skin 2 Spirit LLC) dated Aug. 10, 2017, available at https://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2017/ucm571564.htm (last accessed Jan. 22, 2019).
- Attached hereto as Exhibit J is a true and correct copy of FDA, Alpha Hydroxy Acids ("AHA"), available at https://www.fda.gov/cosmetics/productsingredients/ingredients/ucm107940.htm (last visited Jan. 22, 2019).

2
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Federal Rule of Evidence 201(b) authorizes the Court to take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Pursuant to this Rule, courts routinely take judicial notice of documents that appear on FDA's website without converting motions to dismiss into motions for summary judgment. *See, e.g., Gustavson v. Wrigley Sales Co.*, 961 F. Supp. 2d 1100, 1113 n.1 (N.D. Cal. 2013) ("[A] court may take judicial notice of . . . matters of public record," including documents "available on the FDA's website"); *Eidson v. Medtronic, Inc.*, 981 F. Supp. 2d 868, 878-79 (N.D. Cal. 2013) (taking judicial notice of documents that "appear on the FDA's public website"); *Modglin v. DJO Global Inc.*, 48 F. Supp. 3d 1362, 1381 (C.D. Cal. 2014) (taking judicial notice of documents from FDA's website, because "[u]nder Rule 201, the court can take judicial notice of public records and government documents available from reliable sources on the Internet, such as websites by government agencies") (internal quotations omitted); *Erickson v. Boston Scientific Corp.*, 846 F. Supp. 2d 1085, 1088-89 (C.D. Cal. 2011) (taking judicial notice of documents that are "published by the Food and Drug Administration ("FDA") and are located . . . on the FDA's online database.").[1]

Additionally, under the "incorporation by reference" doctrine, a district court may consider, on a motion to dismiss, "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Gustavson*, 961 F. Supp. 2d at 1113 n.1 (taking judicial notice of packaging labels referenced and quoted in the complaint).

---

[1] Courts throughout the country have likewise taken judicial notice of public FDA records. *See, e.g., Reeves v. PharmaJet, Inc.*, 846 F. Supp. 2d 791, 794 n.1 (N.D. Ohio 2012); *Desabio v. Howmedica Osteonics Corp.*, 817 F. Supp. 2d 197, 201 n.3 (W.D.N.Y. 2011); *In re Wellbutrin SR/Zyban Antitrust Litg.*, 281 F. Supp. 2d 751, 754 n.2 (E.D. Pa. 2003); *see also Tillman v. Smith & Nephew, Inc.*, No. 12 C 4977, 2012 WL 6681698, at *1-2 (N.D. Ill. Nov. 1, 2012); *Ali v. Allergan USA, Inc.*, No. 1:12-CV-115, 2012 WL 3692396, at *1 (E.D. Va. Aug. 23, 2012); *Funk v. Stryker Corp.*, 673 F. Supp. 2d 522 (S.D. Tex. 2009), *aff'd*, 631 F.3d 777 (5th Cir. 2011); *Tierney v. AGA Med. Corp.*, No. 4:11CV3098, 2011 WL 7400469, at *1 n.9 (D. Neb. Nov. 18, 2011).

Accordingly, Defendant respectfully requests that the Court take judicial notice of the FDA material referenced above and in its Memorandum of Points and Authorities in Support of its Motion to Dismiss, and consider these documents in connection with Defendant's concurrently filed Motion to Dismiss Plaintiff's Second Amended Complaint.

Dated: January 31, 2019

SIDLEY AUSTIN LLP

By: */s/ Alycia A. Degen*
Alycia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel. (213) 896-6682
Fax: (213) 896-6600
adegen@sidley.com

Kara L. McCall (*Pro Hac Vice*)
kmccall@sidley.com
Elizabeth M. Chiarello (*Pro Hac Vice*)
echiarello@sidley.com
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL 60603
Tel. (312) 853-7000
Fax: (312) 853-7036

*Attorneys for Defendant Beiersdorf, Inc.*

**CERTIFICATE OF SERVICE VIA CM/ECF SYSTEM**

The undersigned certifies that on **January 31, 2019**, a true and correct copy of the following document was electronically filed and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM-ECF system:

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Any other counsel of record will be served by electronic mail and U.S. mail.

*/s/ Alycia A. Degen*
Alycia A. Degen

*Counsel for Defendant Beiersdorf, Inc.*